Detlef C. Mohr, Respondent, *v.* J. C. Penney Company, Inc., Appellant and Respondent, and United States Fidelity and Guaranty Company et al., Appellants.

(Argued January 29, 1936; decided March 3, 1936.)

608

*John B. Butler, Jr.*, and *Caleb C. Curtis* for J. C. Penney Company, Inc., appellant and respondent.

*Alfred J. L'Heureux* and *Thomas A. Sully* for The Bank. of America National Association, appellant.

*William J. McArthur* for United States Fidelity and Guaranty Company, appellant.

*Chester B. McLaughlin* and *Benjamin J. Brown* for plaintiff, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.